UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:20-cr-070-CLC-SKL |
| v. | ) |
| | ) |
| JAMES J. MARTIN | ) |
| LEE ANTONIO CLEMENTS, JR. | ) |
| RICKY HARPER | ) |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, **RICKY HARPER**, an above named defendant, acknowledge that I have been advised by my lawyer and the Court—by this form—that, pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the absolute right to be personally present in open court to be arraigned (that is, advised of the charges against me), and to have the second superseding indictment read to me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment and my right to have the second superseding indictment read to me in open court. I have received a copy of the second superseding indictment and I have discussed the charges contained in the second superseding indictment and the waiver of appearance at arraignment with my attorney. I fully understand the nature of the offenses charged against me and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of **NOT GUILTY** to the second superseding indictment. I understand that the Court's entry of my plea will be an acceptance of this waiver.

Date: 4/19/21

_Ricky Harper_
Defendant[1]

Date: 4/19/21

_[signature]_
Attorney for Defendant

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that defendant gave express permission to apply his/her signature.