UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATE OF AMERICA

vs.

RICKY HARPER

CASE: 1:20 –cr- 70
JUDGE COLLIER
MAGISTRATE JUDGE LEE

## MOTION TO SEAL

Defendant Ricky Harper, through undersigned counsel, respectfully advises this Honorable Court of the forthcoming filing of a document that contains confidential and personal information not appropriate for public disclosure. With the Court's permission, Ricky Harper wishes to file the document under seal.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court to issue an Order filing the document under seal.

Respectfully Submitted

**Bill Speek**

By: /s/ Bill Speek
Attorney for the Defendant
Speek, Turner & Newkirk
631 Cherry St.
Chattanooga, TN 37402
p. (423) 531-2800/f. (423) 531-2888

**Jonathan T. Turner**

By: /s/ Jonathan T. Turner
Attorney for the Defendant
Speek, Turner & Newkirk
631 Cherry St.
Chattanooga, TN 37402
p. (423) 531-2800/f. (423) 531-2888